# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PAR ELECTRICAL CONTRACTORS, INC. and OLD REPUBLIC INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>BLUELINE RENTAL LLC; PLATINUM EQUITY, LLC; and SANDRA HOYE, as Personal Representative for the Estate of Conor J. Finnerty, and for C.F., a Minor and M.F., a Minor,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  2:16-CV-0246-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other:** PAR's Motion for Summary Judgment (ECF No. 21) is GRANTED;
Old Republic's Motion for Summary Judgment (ECF No. 25) is DENIED; and
BlueLine's Motion for Summary Judgment (ECF No. 36) is GRANTED.
Judgment is entered for Plaintiff PAR Electrical Contractor's Inc. and Defendant Blueline Rental LLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a cross motions for summary judgment.

Date: January 25, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen