UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAR ELECTRICAL CONTRACTORS, INC. and OLD REPUBLIC INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>BLUELINE RENTAL LLC; PLATINUM EQUITY, LLC; and SANDRA HOYE, as Personal Representative for the Estate of Conor J. Finnerty, and for C.F., a Minor and M.F., a Minor,<br><br>　　　　　　　　Defendants. | NO: 2:16-CV-0246-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice (ECF No. 55). The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of costs or attorney's fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all
2  claims and causes of action in this matter are **DISMISSED** with prejudice and
3  without costs or attorney fees to any party.
4    The District Court Executive is hereby directed to enter this Order, furnish
5  copies to counsel, and **CLOSE** the file.
6    **DATED** July 18, 2017.



                        THOMAS O. RICE
                   Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2